**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1954**

_____

NAVEED KHAN,

        Plaintiff - Appellant,

    v.

NUVASIVE, LLC, f/k/a NuVasive, Inc.; DEPUY SYNTHES, INC.,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:25-cv-01064-LMB-WEF)

_____

Submitted:  January 22, 2026                   Decided:  January 28, 2026

_____

Before AGEE, RICHARDSON, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Naveed Khan, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Naveed Khan appeals the district court's order granting Defendant NuVasive, LLC's motion to dismiss Khan's products liability action for failure to state a claim and dismissing the action in its entirety.  On appeal, we confine our review to the issues raised in the informal brief.  *See* 4th Cir. R. 34(b).  Because Khan's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order.  *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fouth Circuit rules, our review is limited to issues preserved in that brief.").  Accordingly, we affirm the district court's order.  *Khan v. NuVasive, LLC*, No. 1:25-cv-01064-LMB-WEF (E.D. Va. Aug. 1, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*